# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| ELLEN F. EBRAHIM et al., | : | |
| | : | |
| Plaintiffs, | : | **Civil Action No. 18-10967 (SRC)** |
| | : | |
| v. | : | **ORDER** |
| | : | |
| WALMART, INC. et al., | : | |
| | : | |
| Defendants. | : | |
| | : | |

## CHESLER, District Judge

This matter having come before this Court following the Report and Recommendation ("R&R") filed on May 29, 2019 by Magistrate Judge Waldor, pursuant to FED. R. CIV. P. 72(b) and L. CIV. R. 72.1(a)(2); and the Court having the inherent power, pursuant to Link v. Wabash R. Co., 370 U.S. 626, 630 (1962), to *sua sponte* dismiss a case for failure to prosecute; and the Court having reviewed the R&R and the relevant submissions; and no objections having been received; and good cause appearing,

**IT IS** on this 11th day of July, 2019,

**ORDERED** that this Court hereby **ADOPTS** the R&R (Docket Entry No. 20) filed on May 29, 2019; and it is further

**ORDERED** that the Complaint is hereby dismissed with prejudice; and it is further

**ORDERED** that this case shall be marked **CLOSED**.

  s/Stanley R. Chesler
STANLEY R. CHESLER, U.S.D.J.